# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLOBAL INTERACTIVE MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br> Defendant. | Case No. 1:16-cv-4679 <br><br> Hon. John W. Darrah <br> Magistrate Hon. Sheila Finnegan <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Global Interactive Media, Inc. ("GIM") and Defendant Yahoo! Inc. ("Yahoo!") hereby stipulate to dismissal of this action, each party to bear its own costs and attorneys' fees. All claims of infringement that GIM raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Yahoo! raised or could have raised are dismissed WITHOUT PREJUDICE.

Date: December 14, 2016

*/s/ Stephen C. Jarvis*
Matthew M. Wawrzyn (*pro hac vice*)
matt@wawrzynlaw.com
**WAWRZYN & JARVIS LLC**
233 S. Wacker Drive, 84th Floor
Chicago, IL 60606
Phone: 847.274-9844
Fax: 312.283.8331

*Counsel for Plaintiff*
*Global Interactive Media, Inc.*

Respectfully submitted,

*/s/ Charles M. McMahon*
Charles M. McMahon
Hersh H. Mehta
Casey G. Campbell
**MCDERMOTT WILL & EMERY LLP**
227 West Monroe Street, Ste. 4400
Chicago, IL 60606
(312) 372-2000
cmcmahon@mwe.com
hmehta@mwe.com
cgcampbell@mwe.com

*Counsel for Defendant, Yahoo! Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 14, 2016 a true and correct copy of the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system, thereby serving all counsel of record.

*/s/ Stephen C. Jarvis*